1  BEN ROSENFELD, ESQ., State Bar #203845
   DENNIS CUNNINGHAM ESQ., State Bar #112910
2  115 ½ Bartlett Street
   San Francisco, CA 94110
3  Telephone: 415/285-8091
   Facsimile: 415/285-8092
4
5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al., | Case No. C-05-3383-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The parties, through their undersigned counsel, hereby stipulate and request that the Court continue the Initial Case Management Conference, currently set for December 23, 2005 until January 20, 2005, at 2:00 p.m, so that the Joint Case Management Statement shall be filed no later than a week beforehand.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully Submitted, |
| 2 | DATED: December 5, 2005 |   |
| 3 |   | BEN ROSENFELD |

By: <u>s/ - *Ben Rosenfeld*</u> _____
BEN ROSENFELD
Attorneys for Plaintiff

DATED: December 5, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
ELIZABETH DEELEY
Deputy City Attorneys

By: _____
BLAKE P. LOEBS
Attorneys for Defendants

**ACCORDING TO STIPULATION, IT IS SO ORDERED**:

Dated:_____ _____
DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Susan Illston*

2
STIPULATION TO CONTINUE CMC

Respectfully Submitted,

DATED: December 5, 2005

BEN ROSENFELD

By: s/ - *Ben Rosenfeld*
BEN ROSENFELD
Attorneys for Plaintiff

DATED: December 5, 2005

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
ELIZABETH DEELEY
Deputy City Attorneys

By: _____
BLAKE P. LOEBS
Attorneys for Defendants

**ACCORDING TO STIPULATION, IT IS SO ORDERED:**

Dated:_____      _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE CMC