IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al., | No. C 05-03383 SI |
| Plaintiffs, | **ORDER** |
| v. | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT CHIEF ARATA, et al., | |
| Defendants. / | |

    Now before the Court is a joint letter from the parties, raising two issues with the Court. Having considered the letter brief, the Court rules as follows. First, at this stage of the proceedings plaintiffs need not answer defendants' contention interrogatories. Second, the case management conference currently scheduled for March 24, 2006, is rescheduled for April 28, 2006.

**IT IS SO ORDERED.**

Dated: 3/6/06

SUSAN ILLSTON
United States District Judge