1  BEN ROSENFELD, ESQ., State Bar #203845
   115 ½ Bartlett Street
2  San Francisco, CA  94110
   Telephone:     415/285-8091
3  Facsimile:     415/285-8092

4  Attorneys for Plaintiff

5

6

7

8

9

10

11
                   IN THE UNITED STATES DISTRICT COURT
12                FOR THE NORTHERN DISTRICT OF CALIFORNIA

13
   JESSICA BATES, et al.,                     Case No. C-05-3383-SI
14
              Plaintiff,                      **STIPULATION AND [PROPOSED] ORDER
15                                            CONTINUING CASE MANAGEMENT
       v.                                     CONFERENCE**
16
   CITY AND COUNTY OF SAN
17 FRANCISCO, et al.,
18
              Defendants.
19

20
       Whereas a further Case Management Conference is currently set for May 1, 2006 at
21
22 10:30 am; and
       Whereas Mr. Rosenfeld, counsel for plaintiffs, will be in trial in another matter
23
24 (*Washburn v. CCSF*, et al., No. C-03-869-MJJ) before Judge Jenkins on that date; and
       Whereas Mr. Rosenfeld has requested, and Mr. Loebs, counsel for defendants, has
25
26 agreed;
       The parties, through their undersigned counsel, hereby stipulate and request that the
27
28 Court continue the Case Management Conference currently set for May 1, 2006 to May 12,

                                         1
                            STIPULATION TO CONTINUE CMC

2006, at 2:30 pm, so that the Joint Case Management Statement shall be filed no later than one week prior.

                                         Respectfully Submitted,

DATED: April 20, 2006

                                         BEN ROSENFELD

                                   By:  s/ - *Ben Rosenfeld*
                                         BEN ROSENFELD
                                         Attorneys for Plaintiff

DATED: April 20, 2006

                                         DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Deputy
                                         BLAKE P. LOEBS
                                         Deputy City Attorneys

                                   By:  s/ *Blake Loebs*
                                         BLAKE P. LOEBS
                                         Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:_____         _____
                                             HON. SUSAN ILLSTON
                                             UNITED STATES DISTRICT JUDGE