BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: 415/285-8091
Facsimile: 415/285-8092

Attorney for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
ELIZABETH DEELEY, State Bar #230798
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Telephone: (415) 554-3982
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| JESSICA BATES, et al., | Case No. C-05-3383-SI |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

    Whereas a further Case Management Conference is currently set for July 7, 2006 at 2:30 pm; and

    Whereas the parties have made substantial progress reviewing the video and other discovery which they have exchanged, pursuant to Court order, but need more time to finish this

1  task as well as to meet and confer regarding what they have found in order to make the case
2  management conference productive; and
3        Whereas Mr. Loebs, counsel for defendants, spoke with the Courtroom Deputy who said
4  that Court could accommodate the parties on August 11, 2006 at 2:30 pm;
5        The parties, through their undersigned counsel, hereby stipulate and request that the
6  Court continue the Case Management Conference currently set for July 7, 2006 to August 11,
7  2006, at 2:30 pm, so that the Joint Case Management Statement shall be filed no later than one
8  week prior.

                                                     Respectfully Submitted,

DATED: July 5, 2006
                                                     BEN ROSENFELD

                                By:  *s/ - Ben Rosenfeld* _____
                                         BEN ROSENFELD
                                         Attorneys for Plaintiff

DATED: July 5, 2006

                                         DENNIS J. HERRERA
                                         City Attorney
                                         JOANNE HOEPER
                                         Chief Trial Deputy
                                         BLAKE P. LOEBS
                                         Deputy City Attorneys

                                By:  *s/ Blake Loebs*_____
                                         BLAKE P. LOEBS
                                         Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:_____     _____
                                                HON. SUSAN ILLSTON
                                                UNITED STATES DISTRICT JUDGE