BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: 415/285-8091
Facsimile: 415/285-8092

Attorney for Plaintiffs


DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
ELIZABETH DEELEY, State Bar #230798
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Telephone: (415) 554-3982
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, *et al.*,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>          Defendants. | Case No. C-05-3383-SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2006** |

    Whereas a further Case Management Conference is currently set for October 27, 2006 at 2:30 pm; and

    Whereas plaintiffs have made substantial progress reviewing and cross-referencing video and written discovery received from defendants, for the purpose of preparing a proposed third

1
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1  amended complaint which will state, with more particularity, who did what to whom; but

2  Whereas plaintiffs need some additional time to complete this process; and

3  Whereas the parties need some time to meet and confer regarding plaintiffs' proposed
4  amended complaint, as well as to consider any possible further stipulations which will narrow
5  disputed issues prior to setting a briefing schedule for the filing of dispositive motions by
6  defendants; and

7  Whereas plaintiffs' counsel spoke with the Courtroom Deputy, who advised that while
8  the Court's calendar is very busy, November 17, 2006 is a feasible date,

9  The parties, through their undersigned counsel, hereby stipulate and request that the
10  Court continue the Case Management Conference currently set for October 27, 2006 to
11  November 17, 2006, at 2:30 pm, so that the Joint Case Management Statement shall be filed no
12  later than one week prior.

Respectfully Submitted,

BEN ROSENFELD

DATED: October 17, 2006

By: s/ - *Ben Rosenfeld*
BEN ROSENFELD
Attorneys for Plaintiff

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Deputy City Attorneys

DATED: October 17, 2006

By: */s/ - Blake P. Loebs*
BLAKE P. LOEBS
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____    _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE