| | |
|---|---|
| 1 | BEN ROSENFELD (State Bar #203845) |
| | Law Office of Dennis Cunningham |
| 2 | 115 ½ Bartlett Street |
| 3 | San Francisco, CA 94110 |
| | Telephone: 415/285-8091 |
| 4 | Facsimile: 415/285-8092 |
| 5 | Attorney for Plaintiffs |
| 6 | |
| 7 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 8 | JOANNE HOEPER, State Bar #114961 |
| | Chief Trial Attorney |
| 9 | BLAKE P. LOEBS, State Bar #145790 |
| | ELIZABETH DEELEY, State Bar #230798 |
| 10 | Deputy City Attorneys |
| | 1390 Market Street, 6th Floor |
| 11 | San Francisco, California 94102-5408 |
| 12 | Telephone: (415) 554-3868 |
| | Telephone: (415) 554-3982 |
| 13 | Facsimile: (415) 554-3837 |
| 14 | Attorneys for Defendants |
| 15 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, *et al.*, | Case No. C-05-3383-SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTIONS HEARING DATE TO APRIL 27, 2007 |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | No Trial Date Set |
| Defendants. | |

WHEREAS the dispositive motions hearing date is currently set for March 30, 2007 at 9:00 a.m.; and

WHEREAS the parties are agreed that they both need additional time to prepare their filings; and

1
STIPULATION TO DISPOSITIVE MOTIONS HEARING DATE

WHEREAS plaintiffs' counsel checked with the Courtroom Deputy, Tracy Sutton, who confirmed that April 27, 2007 is available on the Court's calendar;

The parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court continue the dispositive motion hearing deadline, currently set for March 30, 2007 to April 27, 2007 at 9:00 a.m., so that the filing deadline shall be March 23, 2007.

Respectfully Submitted,

BEN ROSENFELD

DATED: February 13, 2007

By: s/ - *Ben Rosenfeld*
BEN ROSENFELD
Attorneys for Plaintiff


DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Deputy City Attorneys

DATED: February 13, 2007

By: */s/ - Blake P. Loebs*
BLAKE P. LOEBS
Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____     _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO DISPOSITIVE MOTIONS HEARING DATE