BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone:     415/285-8091
Facsimile:     415/285-8092

Attorney for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al.,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | Case No. C-05-3383-SI<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTIONS FILING DEADLINE FROM MARCH 23, 2007 TO APRIL 20, 2007<br><br>No Trial Date Set |

For the reasons set forth below, the parties, through their undersigned counsel, hereby jointly request that the Court continue the dispositive motion filing deadline, currently set for March 23, 2007, to April 20, 2007.

1

1  The parties have been working diligently for months to complete the task of exchanging
2  sufficient discovery to enable the Court to make a qualified immunity determination upon
3  defendants' motion for summary judgment. This has been no small task in a case involving
4  sixteen plaintiffs, and tens of defendants, each of whom of course has individual rights, and also
5  involving many hours of video evidence to examine.

6  Along the way, the parties, through their counsel, have also worked diligently to narrow
7  their factual disputes through a series of stipulations. The most recent stipulation, attached to the
8  Joint Case Management Conference Statement filed on November 14, 2007, provided that
9  plaintiffs would prepare a proposed Third Amended Complaint, whose factual averments
10 defendants could rely on, as if verified, for the purpose of filing or opposing any dispositive
11 motions. Concomitantly, in order to make such amendments to the Complaint, plaintiffs relied
12 on defendants to identify various deputies from still images which plaintiffs distilled from the
13 video. The goal was to allege in the Complaint, with as much factual specificity as possible, who
14 did what to whom. By extension, the goal was also to present the case in a form which made it
15 amenable to the Court's analysis under qualified immunity principles.

16 This process has required extensive time, and meeting and conferring – more than either
17 party had anticipated. Moreover, when plaintiffs set out to isolate identifiable still images from
18 the video, they had no idea whether they would be asking defendants to identify deputies who
19 had already been named in the case, or ones who had not. For their part, defendants hoped and
20 anticipated that plaintiffs would be seeking to identify deputies who had already been named in
21 the case, not new ones.

22 This part of the process is now complete, as of March 8, 2007, when plaintiffs submitted
23 their proposed Third Amended Complaint to defendants, filling in the names and the facts,
24 according to their best efforts. However, it has also resulted in the naming of 14 new defendants
25 (as well as the deletion of five defendants, in addition to those plaintiffs had dismissed
26 previously), giving defendants just two weeks (until March 23, 2007), to obtain declarations
27 from the potential new defendants and file motions – an unmanageable task in that time frame.
28

As discussed above, the parties did not, and could not, know that these efforts would result in the naming of new potential defendants, or how many, before they undertook this process. But because the process has yielded these new names, defendants will need time to interview and obtain declarations from these newly named deputies, in deference to their individual rights, in order to present a summary judgment motion. In order to allow defendants sufficient time to undertake this additional work, the parties hereby jointly request a further one month extension of the dispositive motion hearing date.[1]

As no dates in this case beyond the dispositive motion hearing date have been set, this request for time will not adversely impact any scheduling.

For all the reasons stated above, the parties, through their undersigned counsel, hereby jointly request that the Court continue the dispositive motion filing deadline, currently set for March 23, 2007, to April 20, 2007, so that the matter will be heard on May 25, 2007 at 9:00 a.m.

Respectfully Submitted,

DATED: March 14, 2007

By: s/ - *Ben Rosenfeld*
BEN ROSENFELD, Esq.
Attorney for Plaintiffs

DATED: March 14, 2007

By: */s/ - Blake P. Loebs*
BLAKE P. LOEBS, DCA
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____        _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

---

[1] Defendants need time to further review plaintiffs' proposed Third Amended Complaint, and to interview the newly named deputies, before deciding whether or not to oppose plaintiffs' filing of it. Plaintiff is withholding filing of it, or seeking leave to do so, pending defendants' evaluation and pronouncement on whether or not they will oppose. But as discussed above, the parties have already stipulated and agreed that defendants may rely on plaintiffs' assertions of fact, as recited in the proposed Third Amended Complaint, irrespective of whether defendants oppose, or do not oppose, plaintiffs' filing of it.

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

3