BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: 415/285-8091
Facsimile: 415/285-8092

Attorney for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al., <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No. C-05-3383-SI <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING DATE TO JULY 27, 2007 AND OPPOSITION AND REPLY FILING DEADLINES ACCORDINGLY <br><br> No Trial Date Set |

1  WHEREAS defendants filed a Motion for Summary Judgment or Alternatively Partial
2  Summary Judgment on April 20, 2007, with the Court's permission to exceed the page limit
3  given the large number of parties and claims in the case; and

4  WHEREAS the date currently set for the hearing on this motion is May 25, 2007; and

5  WHEREAS plaintiffs' opposition is currently due on May 4, 2007; and

6  WHEREAS plaintiffs' counsel, despite working diligently on the opposition, needs a
7  additional time to respond to defendants' 50 page motion, as well as permission to exceed the
8  page limit; and

9  WHEREAS plaintiffs' spoke with Courtroom Deputy Tracy Sutton and learned that the
10 Court's next available hearing date is June 22, 2007; but

11 WHEREAS defense counsel is beginning a trial in another matter (*Estate of Cammerin*
12 *Boyd, et al. v. CCSF, et al.*, No. 04-5459) on June 11, 2007, estimated to last six weeks before
13 Judge Chesney, and

14 WHEREAS plaintiffs' counsel is also involved in that case on the plaintiffs' side; and

15 WHEREAS the next mutually available date, among all the parties, including the Court,
16 is July 27, 2007; and

17 WHEREAS defendants will need additional time, and space, to reply to plaintiffs'
18 opposition, in light of both the anticipated length of plaintiffs' opposition, as well as defense
19 counsel's duties in the *Boyd* trial; and

20 WHEREAS the trial in this matter has not yet been set, and no other dates will be
21 affected by the proposed scheduling changes;

22 **The parties, through their undersigned counsel, hereby stipulate and respectfully**
23 **request that the Court continue the following dates, as follows:**

24 Summary Judgment Hearing Date and Further CMC: July 27, 2007 at 9:00 a.m.

25 Deadline for filing Opposition: June 13, 2007

26 Deadline for filing Reply: July 13, 2007

27

28 ///

2
STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE

1 **The parties further request** that the Court grant the parties leave to exceed the page
2 limits for the Opposition and reply so that the opposition can be up to 55 pages long, and the
3 Reply can be up to 35 pages long.

Respectfully Submitted,

DATED: May 3, 2007

By: s/ - *Ben Rosenfeld*
BEN ROSENFELD
Attorney for Plaintiff

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
BLAKE P. LOEBS
Deputy City Attorneys

DATED: May 3, 2007

By: /s/ - *Blake P. Loebs*
BLAKE P. LOEBS
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____      _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

NO FURTHER EXTENSIONS WILL BE GRANTED

LAW OFFICE OF DENNIS CUNNINGHAM
San Francisco, Ca

3
STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE