BEN ROSENFELD (State Bar # 203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:  (415) 285-8091
Fax:  (415) 285-8092
ben.rosenfeld@comcast.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSICA BATES, *et al.*,

   Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, *et al.*,

   Defendants.

Case No. C-05-3383-SI

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs have filed a motion for leave to file a third amended complaint, representing that defendants do not oppose this. Accordingly, the Court hereby GRANTS plaintiffs' motion (Docket No. 60). Plaintiffs' third amended complaint, which is found at Docket No. 60, is deemed filed.

IT IS SO ORDERED.

Dated: 5/7/07

_____
SUSAN ILLSTON
United States District Judge