IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al., | No. C 05-3383 SI |
| Plaintiffs, | **ORDER DIRECTING FURTHER SUBMISSION OF EVIDENCE** |
| v. | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT CHIEF ARATA, et al., | |
| Defendants. | |

On June 27, 2007, the Court heard argument on defendants' motion for summary judgment. In order to evaluate plaintiffs' excessive force claims, the Court must view the relevant video footage. The footage submitted thus far does not identify the plaintiffs or the situations depicted.[1] The Court directs the parties to meet and confer in order to jointly provide the Court with video footage that includes all instances of alleged excessive force claimed in the Third Amended Complaint. The parties must agree upon and affirm for the Court which plaintiff appears in which section of the video, and which event that section depicts (e.g. cell extraction). In the event that video footage of an alleged instance of excessive force is unavailable, the parties should so inform the Court. In all other instances, the parties should submit video clips that are clearly marked with the name of the plaintiff and the event depicted.

Accordingly, the Court ORDERS the parties to submit clearly marked clips of video footage from County Jail No. 9 as set forth below:

---

[1] The initial footage submitted by plaintiffs as Exhibit 17(a) is lengthy and does not identify which plaintiffs are depicted. Defendants have objected to the edited video submitted by plaintiffs as Exhibit 17(b) on June 27, 2007. Although that video does identify some plaintiffs, in some instances the video appears to switch from plaintiff to plaintiff without indication. Moreover, Exhibit 17(b) does not show all alleged instances of excessive force.

1. Jessica Bates: cell extraction and sitting in wheelchair after cell extraction
2. Helia Rasti: fingerprinting
3. Lamont Allen: fingerprinting
4. Kristen Brydum: fingerprinting
5. James Connell: cell extraction, walking to medical screening and fingerprinting
6. Gregory Dervin: cell extraction and fingerprinting
7. Emily Magner: during cell extraction of Abigail Wing and cell extraction of Ms. Utter
8. Christopher Scheets: cell extraction, ID processing, walking to nursing station, fingerprinting and walking back to holding cell
9. Lorena Silverman: cell extraction
10. Hannah Sorensen: walking towards scale and fingerprinting
11. Brent Sovik: cell extraction and fingerprinting
12. Jeremy Spafford: cell extraction, walking through parking lot to booking and search in holding cell
13. Jonathan Stribling-Uss: cell extraction and while in holding cell with defendant Waters III before fingerprinting
14. Abigail Wing: cell extraction

If the parties contend the list set forth above does not accurately reflect the excessive force allegations in the Third Amended Complaint, they should notify the Court after conferring with each other. The Court ORDERS that the parties submit the requested evidence by **September 4, 2007**.

**IT IS SO ORDERED.**

Dated: August 7, 2007

SUSAN ILLSTON
United States District Judge