BEN ROSENFELD (State Bar #203845)
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
Email: ben.rosenfeld@comcast.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, *et al.*, | Case No. C-05-3383-SI |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

Having, on August 3, 2007, granted defendants' "Administrative Request To File Supplemental Reply Brief In Support Of Motion For Summary Judgment," and having read and considered plaintiffs' opposition thereto, both filed on July 31, 2007, and noting plaintiffs' alternative request for equal space to respond to defendants' supplemental reply, the Court, for good cause shown, hereby ORDERS that plaintiffs shall be entitled to file a response to defendants' supplemental reply, not to exceed 10 pages, due no later than August 24, 2007.

IT IS SO ORDERED.

Dated:_____ _____
HON. SUSAN ILLSTON
United States District Judge

1
PROPOSED ORDER