DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
ERIN BERNSTEIN, State Bar #231539
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Telephone: (415) 554-3982
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.<br><br>Defendants. | Case No. C05-3383 SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST TO EXTEND TIME TO SUBMIT FURTHER EVIDENCE REQUESTED BY THE COURT**<br><br>[Civ. L.R. 7-11]<br><br>Hearing Date: July 27, 2007<br>Time: 9:00 a.m.<br><br>Date Action Filed: July 22, 2005<br>Trial Date: None Set |

1  Pursuant to Civil Local Rule 7-11, Defendants City and County of San Francisco, et al., submitted a
2  Request for Order Allowing Defendants To Extend Time To Submit Further Evidence Requested By
3  The Court.  Having considered Defendants' submissions, the Court hereby GRANTS Defendants'
4  motion and allows the parties to jointly file the edited video evidence no later than October 15, 2007.
5      IT IS SO ORDERED.
6
7  Dated: _____            _____
8                                                       HON. SUSAN ILLSTON
                                                     UNITED STATES DISTRICT JUDGE