IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>           Defendants.                    / | No. C 05-3383 SI<br><br>**ORDER CLARIFYING SUMMARY JUDGMENT ORDER RE: PLAINTIFFS SPAFFORD AND STRIBLING-USS' STATE LAW CLAIMS** |

The Court has received defendants' April 2, 2008 letter seeking clarification regarding the summary judgment order. By order filed March 26, 2008, the Court granted in part and denied in part defendants' motion for summary judgment. In that order, the Court held, *inter alia*, that defendants are entitled to summary judgment on plaintiffs Spafford and Stribling-Uss' state law claims because those plaintiffs failed to file state tort claims. The Court then incorrectly stated, in the conclusion section of the order, that Spafford and Stribling-Uss' claims under the Bane Act survived summary judgment. This order clarifies that the Court granted summary judgment in favor of defendant on all of Spafford and Stribling-Uss' state law claims.

**IT IS SO ORDERED.**

Dated: April 7, 2008

SUSAN ILLSTON
United States District Judge