DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3868
Telephone:    (415) 554-3911
Facsimile:    (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
ET AL.

BEN ROSENFELD, State Bar # 203845
DENNIS CUNNINGHAM, State Bar #112910
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA 94110
Tel:    (415) 285-8091
Fax:    (415) 285-8092

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BATES, et al.<br><br>        Plaintiffs,<br><br>    vs.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.<br><br>        Defendants. | Case No. C05-3383 SI<br><br>**STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY ON FOR OCTOBER 3, 2008; [PROPOSED] ORDER**<br><br>Hearing Date:    October 3, 2008<br>Time:            2:30 p.m.<br><br>Date Action Filed:    July 22, 2005<br>Trial Date:          None Set |

The Case Management Conference is currently scheduled for Friday, October 3, 2008 at 2:30 p.m. The parties request a continuance of the Case Management Conference to Friday, December 5, 2008 at 2:30 p.m., subject to the Court's availability. There is good cause for such a continuance because the parties have reached an agreement to settle the remaining claims at issue and, therefore, do not believe a case management conference is necessary.

Further, because the settlement is conditioned upon the approval of various City officials, and as such will require several months to finalize, the parties stipulate to a continuance of the conference to allow time for the completion of this settlement process.

Accordingly, the parties request that this Court continue the case management conference to Friday, December 5, 2008 at 2:30 p.m., subject to the Court's availability.

Dated: October 1, 2008

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    BLAKE P. LOEBS
    MEREDITH B. OSBORN
    Deputy City Attorneys


    By: s/*Meredith B. Osborn*
    MEREDITH B. OSBORN
    Attorneys for Defendants

Dated: October 1, 2008


    By: s/B*en Rosenfeld*
    BEN ROSENFELD
    Attorney for Plaintiffs

---

STIPULATION AND PROPOSED ORDER TO      2
CONTINUE CMC; CASE NO. C05-3383 SI

1   **[PROPOSED] ORDER**

2       IT IS HEREBY ORDERED that the Case Management Conference currently set for October

3   3, 2008 at 2:30 p.m. is hereby continued to Friday, December 5, 2008 at 2:30 p.m.

4   Dated: _____

5                       The Honorable Susan Illston
                        THE UNITED STATES DISTRICT COURT