1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
6  Telephone:    (415) 554-3911
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  ET AL.

10 BEN ROSENFELD, State Bar # 203845
   DENNIS CUNNINGHAM, State Bar #112910
11 Law Office of Dennis Cunningham
   115 ½ Bartlett Street
12 San Francisco, CA 94110
13 Tel:    (415) 285-8091
   Fax:    (415) 285-8092
14

15 Attorneys for Plaintiffs

16                    UNITED STATES DISTRICT COURT

17                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 JESSICA BATES, et al. | Case No. C05-3383 SI |
| 19          Plaintiffs, | **STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE CURRENTLY ON FOR DECEMBER 5, 2008; [PROPOSED] ORDER** |
| 20     vs. | |
| 21 SAN FRANCISCO SHERIFF'S DEPARTMENT, et al. | |
| 22 | |
| 23          Defendants. | |
| 24 | Hearing Date:    December 5, 2008<br>Time:            2:30 p.m. |
| 25 | Date Action Filed:  July 22, 2005<br>Trial Date:        None Set |
| 26 | |

27
28

STIPULATION AND PROPOSED ORDER TO      1
CONTINUE CMC; CASE NO. C05-3383 SI

The Case Management Conference is currently scheduled for Friday, December 5, 2008 at 2:30 p.m. The parties request a continuance of the Case Management Conference to Friday, April 3, 2009 at 2:30 p.m., subject to the Court's availability. There is good cause for such a continuance because the parties have reached a tentative agreement and need a few more months to finalize the process.

Accordingly, the parties request that this Court continue the case management conference to Friday, April 3, 2009 at 2:30 p.m., subject to the Court's availability.

Dated: December 3, 2008

>DENNIS J. HERRERA
>City Attorney
>JOANNE HOEPER
>Chief Trial Deputy
>BLAKE P. LOEBS
>MEREDITH B. OSBORN
>Deputy City Attorneys
>
>By: s/*Blake P. Loebs*
>  BLAKE P. LOEBS
>  Attorneys for Defendants

Dated: December 3, 2008

>By: s/B*en Rosenfeld*
>  BEN ROSENFELD
>  Attorney for Plaintiffs

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference currently set for December 5, 2008 at 2:30 p.m. is hereby continued to Friday, April 3, 2009 at 2:30 p.m.

Dated: _____

The Honorable Susan Illston
THE UNITED STATES DISTRICT COURT