1  BEN ROSENFELD, State Bar # 203845
   DENNIS CUNNINGHAM, State Bar #112910
2  Law Office of Dennis Cunningham
3  115 ½ Bartlett Street
   San Francisco, CA 94110
4  Tel:    (415) 285-8091
   Fax:    (415) 285-8092
5
6  Attorneys for Plaintiffs

7
   DENNIS J. HERRERA, State Bar #139669
8  City Attorney
   JOANNE HOEPER, State Bar #114961
9  Chief Trial Attorney
   BLAKE P. LOEBS, State Bar #145790
10 MEREDITH B. OSBORN, State Bar #250467
11 Deputy City Attorneys
   1390 Market Street, 6th Floor
12 San Francisco, California 94102-5408
   Telephone:  (415) 554-3868
13 Telephone:  (415) 554-3982
   Facsimile:  (415) 554-3837
14
15 Attorneys for Defendants

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20 | JESSICA BATES, *et al*.,              | Case No. C-05-3383-SI
21 |                                        |
   |         Plaintiff,                     | [JOINT PROPOSED] JUDGMENT
22 |                                        |
   |      v.                                |
23 |                                        |
   | CITY AND COUNTY OF SAN                 |
24 | FRANCISCO, *et al*.,                   |
25 |                                        |
   |         Defendants.                    |
26

27

28

JUDGMENT
Bates, *et al*. v. CCSF, *et al*., No. C-05-3383-SI

1  Pursuant to the Court's summary judgment order of March 26, 2008 (Doc #113), and the
2  Court's clarifying order of April 7, 2008 (Doc #114), and the parties' settlement of the then-
3  remaining claims, the Court hereby dismisses all of plaintiffs' claims and enters judgment in
4  favor of defendants and against plaintiffs in this case.
5  The parties stipulate, pursuant to a separate settlement agreement which they reached,
6  that plaintiff Christopher Scheets' whole case, and each of his claims, are dismissed with
7  prejudice, each side to bear its own costs and fees with respect to plaintiff Scheets, and that
8  Mr. Scheets may not appeal this dismissal.
9  The parties further stipulate, pursuant to a separate settlement agreement which they
10 reached, that the claims of plaintiffs Jeremy Spafford and Jonathan Stribling-Uss which survived
11 summary judgment are dismissed with prejudice, each side to bear its own costs and fees with
12 respect to plaintiffs Spafford and Stribling-Uss, and that Mr. Spafford and Mr. Stribling-Uss may
13 not appeal the dismissal of those claims which had survived summary judgment.
14 Through this stipulation, the parties do not intend in any way to affect the plaintiffs' right
15 to appeal, other than as noted above.
16 IT IS SO STIPULATED.

Dated: February 4, 2009

DENNIS CUNNINGHAM
BEN ROSENFELD

By:___/s/ - Ben Rosenfeld_____
BEN ROSENFELD
Attorneys for Plaintiffs

1

JUDGMENT
Bates, *et al*. v. CCSF, *et al*., No. C-05-3383-SI

| | |
|---|---|
| 1 | Dated: February 4, 2009 |
| |                       DENNIS J. HERRERA |

Dated: February 4, 2009
                      DENNIS J. HERRERA
                      City Attorney
                      JOANNE HOEPER
                      Chief Trial Deputy
                      BLAKE P. LOEBS
                      MEREDITH B. OSBORN
                      Deputy City Attorneys

                By: */s/ - Blake P. Loebs*
                      BLAKE P. LOEBS
                      Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated:_____ _____
                                          HONORABLE SUSAN ILLSTON
                                          UNITED STATES DISTRICT JUDGE