1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
6  Telephone:    (415) 554-3911
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9

10                UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | JESSICA BATES, et al.,                | Case No. C05-3383 SI |
   |                                        |                       |
13 |              Plaintiffs,               | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |
14 |      vs.                               | |
15 | SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., | |
16 |                                        | Date Action Filed:  July 22, 2005 |
17 |              Defendants.               | Trial Date:         None Set |

18

19 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20     A settlement agreeable to all parties has been reached in the above-mentioned matter. The

21 parties respectfully request that this case be dismissed with prejudice.

22 Dated: ___1/4___, 2010

23

24                                              By: _____[signature]_____
25                                                  BEN ROSENFELD
                                                    Attorney for Plaintiffs
26

27

28

REQUEST FOR DISMISSAL AND PROPOSED ORDER        1                n:\lit\li2005\051198\00592032.doc
RE DISMISSAL;–USDC No. C05-3383 SI

DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Telephone:     (415) 554-3911
Facsimile:     (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESSICA BATES, et al., | Case No. C05-3383 SI |
|---|---|
| Plaintiffs, | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | Date Action Filed:   July 22, 2005<br>Trial Date:   None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: January 4, 2010

By:  s/Ben Rosenfeld
     BEN ROSENFELD
     Attorney for Plaintiffs

Dated:  January 4, 2010

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                BLAKE P. LOEBS
                                MEREDITH B. OSBORN
                                Deputy City Attorneys

                                By:  s/Blake P. Loebs
                                BLAKE P. LOEBS
                                Attorneys for Defendants
                                CITY AND COUNTY OF SAN FRANCISCO


**ORDER**

**IT IS SO ORDERED.**

Dated:  _____

_____
    THE HONORABLE SUSAN ILLSTON
    Judge of the United States District Court