DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3868
Telephone: (415) 554-3911
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JESSICA BATES, et al., | Case No. C05-3383 SI |
|---|---|
| Plaintiffs, | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL** |
| vs. | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | Date Action Filed: July 22, 2005<br>Trial Date: None Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The parties respectfully request that this case be dismissed with prejudice.

Dated: 1/4 ,2010

By: _____
BEN ROSENFELD
Attorney for Plaintiffs

REQUEST FOR DISMISSAL AND PROPOSED ORDER
RE DISMISSAL;–USDC No. C05-3383 SI   1                    n:\lit\li2005\051198\00592032.doc

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  BLAKE P. LOEBS, State Bar #145790
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorneys
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3868
6  Telephone:    (415) 554-3911
   Facsimile:    (415) 554-3837
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9

10                  UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | JESSICA BATES, et al.,              | Case No. C05-3383 SI
13 |         Plaintiffs,                 | **DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, ET AL.'S REQUEST FOR DISMISSAL; [PROPOSED] ORDER OF DISMISSAL**
14 |         vs.                         |
15 | SAN FRANCISCO SHERIFF'S DEPARTMENT, et al., |
16 |         Defendants.                 | Date Action Filed:  July 22, 2005
17 |                                     | Trial Date:         None Set

18

19 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20     A settlement agreeable to all parties has been reached in the above-mentioned matter. The

21 parties respectfully request that this case be dismissed with prejudice.

22 Dated: January 4, 2010

23

24                              By:  s/Ben Rosenfeld
                                     BEN ROSENFELD
25                                   Attorney for Plaintiffs

26

27

28

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER        1           n:\lit\li2005\051198\00592032.doc
RE DISMISSAL;–USDC No. C05-3383 SI

1 | Dated: January 4, 2010

<div style="margin-left: 40%;">
DENNIS J. HERRERA<br>
City Attorney<br>
JOANNE HOEPER<br>
Chief Trial Deputy<br>
BLAKE P. LOEBS<br>
MEREDITH B. OSBORN<br>
Deputy City Attorneys<br>
<br>
By: _s/Blake P. Loebs_____<br>
   BLAKE P. LOEBS<br>
   Attorneys for Defendants<br>
   CITY AND COUNTY OF SAN FRANCISCO
</div>

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE SUSAN ILLSTON
Judge of the United States District Court